UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:08 CR 214 |
| | ) | |
| DWAYNE CRAWFORD | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 495), to which the defendant has waived objection, and subject to this court's consideration of the Plea Agreement pursuant to FED. R. CRIM. P. 11(c)(3), the plea of guilty to the offenses charged in Count 1 and Count 49 of the Indictment is hereby accepted, and defendant is adjudged guilty of those offenses.

**SO ORDERED.**

Date: July 19, 2013

                                            s/James T. Moody
                                            JUDGE JAMES T. MOODY
                                            UNITED STATES DISTRICT COURT